UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-31474 |
| | ) | |
| ALAN D. LEMERY & MARTA S. | ) | |
| LEMERY, | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtors | ) | Chapter 11 |

## AMENDED NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST
Alan D. Lemery & Marta S. Lemery 400 North LaSalle St., Apt. 4202, Chicago, IL 60654

**PLEASE TAKE NOTICE** that on the 27th day of June, 2016, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer in Courtroom 682 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the above and foregoing notice and attached motion on the Debtors and parties on attached service list via first class mail, postage prepaid, on the 13th day of June, 2016, before the hour of 6:00 p.m. from 53 W. Jackson Blvd., Chicago, Illinois 60604.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois 60604; (312) 332-0267

American Express
Box 0001
Los Angeles, CA 90095-0001

American Express
P.O. Box 981537
El Paso, TX 79998

Brennan & Clark, Ltd.
721 East Madison Street
Villa Park, IL 60181

Capital One Bank (USA), N.A.
P.O. Box 6492
Carol Stream, IL 60197-6492

Chase
Cardmember Service
PO BOX 15153
Wilmington, DE 19886-5153

Chase
Cardmember Service
P. O. Box 15298
Wilmington, DE 19850-5298

Chicago Department of Finance
400 W. Superior, 1st Floor
Chicago, IL 60654

Chicago Department of Revenue
8034 Innovation Way
Chicago, IL 60682

Citi Cards
Processing Center
Des Moines, IA 50363-0001

Citi Cards
P.O. Box 688901
Des Moines, IA 50368-9020

Discover
P. O. Box 15316
Wilmington, DE 19850

Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103

Foster Bank
5225 North Kedzie
Chicago, IL 60625

Harvey's Tahoe Management
15 Highway 50
Stateline, NV 89449

Illinois Department of Revenue
Lien Unit
P.O. Box 19035
Springfield, IL 62794-9035

Illinois Dept. of Revenue
P. O. Box 19026
Springfield, IL 62794-9026

Internal Revenue Service
Dept. of the Treasury
Cincinnati, OH 45999-0030

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126,M/S N781
Philadelphia, PA 19114

G. Roger Markley, Senior Attorney
IRS Chief Counsel, SB/SE Division
200 West Adams St., Suite 2300
Chicago, IL 60606

Michael J. Kelly
Assistant U.S. Attorney
219 South Dearborn St., 5th Floor
Chicago, IL 60604

Robert O. Lynch
100 West Randolph St., 13th Floor
Chicago, IL 60601

McFadden & Dillon
120 South LaSalle
Suite 1335
Chicago, IL 60603

Miramed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148

Miramed Revenue Group
Dept 77304
P.O. Box 77000
Detroit, MI 48277

Northwestern Memorial Hospital
P.O. Box 73690
Chicago, IL 60673-7690

Park Place Chicago Condo Assn
c/o Robert B. Kogen
750 Lake Cook Road, Suite 350
Buffalo Grove, IL 60089

Patrick S. Layng, U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604

PNC Bank
P.O. Box 856177
Louisville, KY 40285-6177

Senex Services Corp
3500 DePauw Blvd
Suite 305
Indianapolis, IN 46268

Raymond J. Ostler
Gomberg Sharfman Gold & Ostler, P.C.
208 S. LaSalle St., Suite 1410
Chicago, IL 60604