UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>ALAN D. LEMERY & MARTA S. LEMERY,<br><br>Debtor(s) | BK No.: 12-31474<br><br>Chapter: 11<br><br>Honorable Jack B. Schmetterer |

## ORDER ADMINISTRATIVELY CLOSING CHAPTER 11 CASE

At Chicago, IL, this 12th day of July, 2016 before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the said district and division.

This matter coming on for hearing on the original motion of the Debtors, Alan D. Lemery & Marta S. Lemery, to enter the final decree closing the Chapter 11 case pursuant to 11 U.S.C. Section 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure; notice having been served on all parties in interest including all creditors of the estate; the Court having jurisdiction and being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:
1. The Chapter 11 case is administratively closed.
2. The Court will retain jurisdiction to hear all matters as specified in the confirmed plan.
3. The Debtors may move to reopen this case for purposes of receiving a discharge when all plan payments have been completed or the Debtors otherwise qualify for a discharge under 11 U.S.C. Section 1141(d)(5).
4. The effective date of this order shall be nunc pro tunc June 27, 2016.

Enter:

United States Bankruptcy Judge

Dated: 7/12/16

**Prepared by:**
Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267

Rev: 20120501_bko